**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROLLSROLLER ENTERPRISE, INC., et al., )<br>                           )<br>           Plaintiffs, )<br>                           )<br> vs.                       )<br>                           )<br> CWT WORKTOOLS AB,         )<br>                           )<br>           Defendant.      )<br>_____) | Case No. 2:14-cv-01921-JCM-CWH<br><br>**ORDER** |

      Presently before the Court is the parties' Joint Proposed Discovery Plan and Scheduling Order (Doc. #23). The Court recognizes that special scheduling review may be appropriate in this case. The Court is concerned, however, that the proposed discovery plan does not include dates certain, particularly with respect to the discovery cut-off date, the deadlines related to the parties' contentions, the claim construction deadlines under Local Rules 16.1-13, 16.1-14, and 16.1-15, and the date for the pre-claim construction settlement conference under Local Rule 16.1-19(a). Specifically, the Court is concerned the lack of dates certain will lead to confusion and difficulty in tracking discovery deadlines. The Court therefore will deny the parties' Joint Proposed Discovery Plan and Scheduling Order, without prejudice, for the parties to prepare a proposed discovery plan that includes dates certain, to the furthest extent possible.

      In preparing the revised discovery plan, the parties are directed to provide three dates the parties are available for a pre-claim construction settlement conference under Local Rule 16.1-19(a). With respect to the post-claim construction settlement conference under Local Rule 16.1-19(b), the parties are directed to include a provision stating that once the claim construction order is entered, the parties will file a joint stipulation with three dates the parties are available for a post-claim construction settlement conference. With respect to the pretrial settlement conference under

Local Rule 16.1-19(c), the parties further are directed to include a provision stating that once the pretrial order is filed, the parties will file a joint stipulation with three dates the parties are available for a pretrial settlement conference.

IT IS THEREFORE ORDERED that the parties' Joint Discovery Plan and Scheduling Order (Doc. #23) is DENIED without prejudice.

IT IS FURTHER ORDERED that the parties must meet and confer and submit a revised Joint Proposed Discovery Plan and Scheduling Order on or before August 10, 2015.

DATED: July 30, 2015.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**