Michael J. McCue
Nevada State Bar No. 6055
Jonathan W. Fountain
Nevada State Bar No. 10351
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
E-mail:mmccue@lrrc.com
E-mail:jfountain@lrrc.com

Robert A. Rowan (*pro hac vice*)
Alan Kagen (*pro hac vice*)
NIXON & VANDERHYE, P.C.
901 North Glebe Rd.
Arlington, Virginia 22203
Tel: 703.816.4000
E-mail: rar@nixonvan.com
E-mail: amk@nixonvan.com

*Attorneys for Plaintiffs*
*ROLLSROLLER ENTERPRISE INC.*
*and ROLLSROLLER AB*

Lewis Roca ROTHGERBER CHRISTIE
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ROLLSROLLER ENTERPRISE, INC. and ROLLSROLLER AB,

Plaintiffs,

v.

CWT WORKTOOLS AB,

Defendant.

Case No. 2:14-CV-1921-JCM-(CWH)

**JOINT MOTION TO STAY REMAINING CASE MANAGEMENT DEADLINES**

Plaintiffs Rollsroller Enterprise, Inc., and Rollsroller AB, collectively ("Rollsroller") and Defendant CWT Worktools AB ("CWT") jointly request that this Court stay all presently scheduled deadlines in this case for a period of thirty days. The parties have been engaged in discussions to resolve this lawsuit and have reached an agreement in principle. The parties therefore request this stay to allow for finalization of a settlement agreement.

Dated: December 9, 2016

By /s/ Jonathan W. Fountain

Robert A. Rowan (*pro hac vice*)
Alan Kagen (*pro hac vice*)
NIXON & VANDERHYE, P.C.
901 N. Glebe Road
Arlington, Virginia 22203
Tel: 703.816.4000
E-mail:rar@nixonvan.com
E-mail:amk@nixonvan.com

Michael J. McCue
Nevada State Bar No. 6055
Jonathan W. Fountain
Nevada Bar No. 10351
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Tel: 702.949.8200
E-mail:mmccue@lrrc.com
E-mail:jfountain@lrrc.com

*Attorneys for Plaintiffs ROLLSROLLER ENTERPRISE INC. and ROLLSROLLER AB*

Respectfully submitted,

By /s/ Steven A. Caloiaro

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Michael D. Rounds, Esq.
Nevada State Bar No. 4734
Steven A. Caloiaro, Esq.
Nevada Bar No. 12344
5371 Kietzke Lane
Reno, Nevada 89511
Telephone: (775) 324-4100
Facsimile: (775) 333-8171
Email: mrounds@bhfs.com
Email: scaloiaro@bhfs.com

*Attorneys for Defendant*
CWT WORKTOOLS AB

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATED: December 12, 2016



3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Lewis Roca ROTHGERBER CHRISTIE